IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY DEYOUNG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ERIC BUSH, ET AL. | : | NO. 14-127 |

## ORDER

**AND NOW**, this 8th day of May, 2024, upon consideration of Petitioner Gregory DeYoung's "Motion to Re-Open this Case Pursuant to Fed. R. Civ. P. 60(b)" (Docket No. 34), the Commonwealth's response thereto, and Petitioner's Reply, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **DENIED**.

2. There is no ground to issue a certificate of appealability because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.